(INND Rev. 1/21)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[*This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.*]

__Amir Coley__,

[*You are the **PLAINTIFF**, print your full name on this line.*]

v.

__Treyvyon Peterson__,

[*The **DEFENDANT** is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.*]

Case Number __3:22CV 974__

[*For a new case in this court, leave blank. The court will assign a case number.*]

[*The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.*]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [*Put the defendant named in the caption in this box.*]<br><br>Treyvyon Peterson | 612 N. Mason St. Mishawaka, Indiana 46544 |
| 2 | [*Put the names of any other defendants in these boxes.*]<br><br>Carlos Williams | (574) 300-7105 ← Contact |
| 3 | | |

[*If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.*]

1. How many defendants are you suing? __2__

2. What is your address? __1774 Prairie Avenue Apartment 1 South Bend, Indiana 46613__

3. What is your telephone number: (__574__) __323-5564__

4. Have you ever sued anyone for these exact same claims?

☑ No.

&#9711; Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Treyvyon Peterson on June 30th, sent Carlos William to place a threatening note on my apartment door after he purchased the property 1774 Prairie Avenue, South Bend, Indiana 46613 on a Commissioner Sale. I called the number that was left on the note in which Carlos William answered. There was a brief arguement in which I called the police and I showed the police the note and I called the number again to let him hear all of the threating comments in the conversation of how I was going to be forcefully removed by Carlos william. After this incident occured, I immediately called the county Clerk downtown to see who was the legal purchaser of this property and come to find out it was Treyvyon Peterson and not Carlos William also known as Los in his note. Treyvyon Peterson is sending people on to the property to try and scare me away. This is just the first incident.

2. The second incident I was coming home from work on _____ and a unknown white male was breaking into my house. I asked him what was he doing and he responded to me that his boss just purchased this building and that

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

Claims and Facts (continued)

I have to be out of there. I chased him away from the building.

3. The third incident was on October 5th 2022 around 11:47 a.m. after coming home from work I come back to my residence at 1774 Prairie Avenue South Bend, Indiana 46613 to two unknown persons, both white, one male and the other female trying

**PRIOR LAWSUITS** – Have you ever sued anyone for this exact same event?

☑ No.

◯ Yes, attached is a copy of the final judgment <u>OR</u> an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

To release me the control of my building and not to come on to the premises.

**FILING FEE** – Are you paying the filing fee?

◯ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

☑ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

A.C. I will keep a copy of this complaint for my records.

A.C. I will promptly notify the court of any change of address.

A.C. I declare **under penalty of perjury** that the statements in this complaint are true.

_____                    11-28-22
Signature                                                                       Date

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

# Claims and facts (continued)

USDC IN/ND case 3:22-cv-00974-JD-MGG    document 1    filed 11/28/22    page 4 of 4

to break into my apartment downstairs. This time I got into a physical altercation in which I was pepper sprayed with mase. I had to wait for a short period before I could call any one or do anything because I had to regain my vision. I also had to go to a nearby neighbors residence to flush out my eyes.